UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY LOIS HAWKINS**                                              **PLAINTIFF**

v.                              CASE NO. 4:05-CV-1002 GTE

**COUNSELING ASSOCIATES, INC.**                              **DEFENDANT**

## JUDGMENT

Upon the basis of the Order granting Defendant's Motion for Summary Judgment, and Supplemental Motion for Summary Judgment, Plaintiff's Complaint and Amended Complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant, and against Plaintiff.

IT IS FURTHER ORDERED that the Complaint and Amended Complaint be, and they are hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 26th day of March, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE